IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAMPART ASSET MANAGEMENT LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TEXAS INSTRUMENTS, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00024-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(A)(2)

Pursuant to Fed. R. Civ. P 41(A)(2), Plaintiff Rampart Asset Management, LLC ("Rampart" or "Plaintiff") and Defendant Texas Instruments Incorporated ("TI" or "Defendant"), represented by their attorneys, having settled their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims for relief asserted against Defendant by Rampart herein be dismissed, with prejudice, and all counterclaims asserted by Defendant against Rampart herein be dismissed, without prejudice; and the Parties further request that all attorneys' fees, costs of court and expenses be borne by each Party incurring the same.

WHEREFORE, the parties respectfully request that the Court enter the proposed Order submitted with this motion as set forth above.

Dated: October 4, 2022                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 /s/ Alfred R. Fabricant
　　　　　　　　　　　　　　　　　　　　　　　Alfred R. Fabricant
　　　　　　　　　　　　　　　　　　　　　　　NY Bar No. 2219392
　　　　　　　　　　　　　　　　　　　　　　　Email: ffabricant@fabricantllp.com
　　　　　　　　　　　　　　　　　　　　　　　Peter Lambrianakos
　　　　　　　　　　　　　　　　　　　　　　　NY Bar No. 2894392
　　　　　　　　　　　　　　　　　　　　　　　Email: plambrianakos@fabricantllp.com

Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

*ATTORNEYS FOR PLAINTIFF
RAMPART ASSET MANAGEMENT LLC*


 /s/ Seth Reich Jr.
Bradley W. Caldwell
Email: bcaldwell@caldwellcc.com
State Bar No. 24040630
R. Seth Reich Jr.
Email: sreich@caldwellcc.com
State Bar No. 24088283
Adrienne R. Dellinger
Email: adellinger@caldwellcc.com
State Bar No. 24116275
**CALDWELL CASSADY CURRY P.C.**
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Amanda A. Abraham
Email: aa@rothfirm.com
State Bar No. 24055077
**ROTH LAW FIRM**
115 North Wellington, Suite 200
Marshall, Texas 75670
Telephone: (903) 935-1665
Facsimile: (903) 935-1797

*ATTORNEYS FOR DEFENDANT
TEXAS INSTRUMENTS INCORPORATED*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 4, 2022, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

/s/ Alfred R. Fabricant