# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | § | |
|---|---|---|
| RAMPART ASSET MANAGEMENT LLC, | § | Case No. 2:22-cv-00024-JRG |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| TEXAS INSTRUMENTS, INC., | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this date the Court considered the Joint Motion to Dismiss With Prejudice Pursuant to Fed. R. Civ. P. 41(A)(2) all claims and causes of action asserted by Plaintiff Rampart Asset Management, LLC ("Rampart" or "Plaintiff") against Defendant Texas Instruments Incorporated ("TI" or "Defendant"), and all Counterclaims filed by TI against Rampart in the above-captioned case. Having considered the Motion, the Court finds that it is well-taken and it is hereby GRANTED, and

It is hereby ORDERED that all claims and causes of action asserted by Rampart against TI are hereby dismissed with prejudice and all Counterclaims filed by TI against Rampart are hereby dismissed without prejudice, with each of party to bear its own costs and fees, including attorney's fees.