IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RAMPART ASSET MANAGEMENT LLC, § § § *Plaintiff*, § § v. § Case No. 2:22-cv-00024-JRG-RSP § TEXAS INSTRUMENTS, INC., § § § *Defendant*. § | |

## ORDER

Before the Court is the Joint Motion to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) filed by Plaintiff Rampart Asset Management LLC and Defendant Texas Instruments, Inc. (Dkt. No. 42.)

After due consideration, the Court **GRANTS** the motion. Accordingly, all pending claims and causes of action in this case by Rampart against Texas Instruments are **DISMISSED WITH PREJUDICE**, and all counterclaims asserted by Texas Instruments against Rampart are **DISMISSED WITHOUT PREJUDICE**. It is **ORDERED** that each party is to bear its own costs, expenses, and attorneys' fees. All pending relief in the above-captioned case not expressly granted herein is **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** this case.

**So Ordered this**

**Oct 11, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE